UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| RANDOLPH SEWELL AND DAPHNE SEWELL, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>vs.<br><br>D'ALESSANDRO & WOODYARD, INC., a Florida for-profit corporation; GATES, D'ALESSANDRO & WOODYARD, LLC, a Florida limited liability company; K. HOVNANIAN FIRST HOMES L.L.C., a New Jersey limited liability company; FIRST HOMEBUILDERS OF FLORIDA, a Florida general Partnership; FIRST HOME BUILDERS OF FLORIDA I, LLC, a Florida limited liability Company; FRANK D'ALESSANDRO, an individual; SAMIR CABRERA, an individual; AND HONORA KREITNER, an individual,<br><br>  Defendants. | CASE NO. 2:07-cv-343-FtM-29SPC |

**NOTICE OF FILING E-MAIL RECEIPT IN SUPPORT OF RULE 11 MOTION**

Defendant Gates, D'Alessandro & Woodyard, LLC ("GDW"), by and through undersigned counsel and in support of its Rule 11 Motion [Doc. 44], hereby files the attached e-mail read receipt evidencing that the July 10, 2007, 11:48 a.m., e-mail providing Defendant GDW's Rule 11 Motion and Exhibits was received and read by Plaintiffs' counsel, Daniel L. Wallach, Esq. on July 10, 2007 at 12:52 p.m.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 4, 2007, I electronically transmitted the attached

document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants: Gary C. Rosen, Esq. and Daniel L. Wallach, Esq., Becker & Poliakoff, P.A., P.O. Box 9057, Fort Lauderdale, Florida 33310-9057; Philip J. Snyderburn, Esq., Snyderburn, Rishoi & Swann, 258 Southall Lane, Suite 420, Maitland, Florida 32751; Raquel M. Fernandez, Esq. and Robert Turken, Bilzin, Sumberg, Baena, Price & Axelrod, LLP, 200 S. Biscayne Blvd., Suite 2500, Miami, Florida 33131-5340; Charles Wachter, Esq., Gianluca Morello, Esq. and Perdita Martin, Esq., Fowler, White, Boggs & Banker, P.A., 501 E. Kennedy Blvd., Suite 1700, Tampa, Florida 33601-1438; Ronald L. Buschbom, Esq., Conroy, Simberg, Ganon, Krevans & Abel, P.A., 4315 Metro Parkway, Suite 250, Fort Myers, Florida 33916; and Barry A. Postman, Esq., Cole, Scott & Kissane, P.A., 1645 Palm Beach Lakes Blvd., 2nd Floor, West Palm Beach, Florida 33401.

/s/ Jon D. Parrish, Esq.
Jon D. Parrish, Esq.
Florida Bar No. 984329
Parrish, Lawhon & Yarnell, P.A.
3431 Pine Ridge Road, Suite 101
Naples, Florida 34109
Ph 239/566-2031; Fax 239/566-9561
jonparrish@napleslaw.us

## Karla Schooley

**From:** "Wallach, Daniel" <DWallach@becker-poliakoff.com>
**To:** "Karla Schooley" <karlaschooley@napleslaw.us>
**Sent:** Tuesday, July 10, 2007 12:52 PM
**Attach:** ATT00139.txt
**Subject:** Read: GDW/Sewell

Your message

To:      Wallach, Daniel
Subject: GDW/Sewell
Sent:    Tue, 10 Jul 2007 11:48:10 -0400

was read on Tue, 10 Jul 2007 12:52:25 -0400

## Karla Schooley

**From:** "Karla Schooley" <karlaschooley@napleslaw.us>
**To:** "Daniel Wallach" <dwallach@becker-poliakoff.com>
**Sent:** Tuesday, July 10, 2007 11:48 AM
**Attach:** 7-10-07 ltr re Rule 11.zip; Rule 11 Motion.zip; Exhibit 1.zip; Exhibit 2.zip; Exhibit 3.zip; Exhibit 4.zip; Affidavit in Support of Rule 11 Motion.zip; Appendix to Rule 11 Motion.zip
**Subject:** GDW/Sewell

See attached letter and Motion.

Karla Schooley
Paralegal
Parrish, Lawhon & Yarnell, P.A.
3431 Pine Ridge Road, Suite 101
Naples, FL 34109
karlaschooley@napleslaw.us
Ph: 239/566-2013
Fax: 239/566-9561