## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

RANDOLPH SEWELL, DAPHNE SEWELL, MOSES ESHKENAZI, THERESE ESHKENAZI, and HENRIETTE ESHKENAZI, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

D'ALESSANDRO & WOODYARD, INC., a Florida for-profit corporation; GATES, D'ALESSANDRO & WOODYARD, LLC, a Florida limited liability company; K. HOVNANIAN FIRST HOMES, L.L.C., a New Jersey limited liability company; FIRST HOME BUILDERS OF FLORIDA, a Florida general partnership; FIRST HOME BUILDERS OF FLORIDA I, LLC, a Florida limited liability company; JAN BAILLARGEON, as Personal Representative of the ESTATE OF FRANK D'ALESSANDRO, Deceased; SAMIR CABRERA, an individual; HONORA KREITNER, an individual; BRUCE A. ROBB, an individual; and PATRICK LOGUE, an individual,

    Defendants.

CASE NO.: 2:07-cv-00343-FTM-29SPC

**DEFENDANT BRUCE A. ROBB'S MOTION FOR RECONSIDERATION AND EXTENSION OF TIME TO FILE ANSWER TO SECOND AMENDED COMPLAINT AND INCORPORATED MEMORANDUM IN SUPPORT**

Defendant Bruce A. Robb hereby moves this Court to reconsider the portion of its Opinion and Order on Defendants' motions to dismiss, dated September 10, 2009 (the "Order") [Dkt. 290], relevant to Plaintiffs' claim under the Florida Deceptive and Unfair Trade Practices Act ("FDUTPA"), and states as follows:

EAST\42561736.1

-2-

1. Mr. Robb joins the arguments and authorities set forth in Defendant K. Hovnanian First Homes, LLC's ("KHFH") Motion For Reconsideration, dated September 15, 2009 [Dkt. 292], and they are incorporated by reference herein.

2. In its Order, the Court noted that parole evidence of the promises underlying the FDUTPA claim might be admissible under the inducement exception to the parole evidence rule, and thus declined to dismiss the claim. (Order at 60.) However, the Eleventh Circuit has held that under Florida law, the inducement exception does not apply where the alleged parole evidence directly contradicts an express provision of a related written agreement. *See Ungerleider v. Gordon*, 214 F.3d 1279, 1282 (11th Cir. 2000). In light of the Court's conclusion that the alleged promises underlying the FDUTPA claim directly contradicted the written Purchase Agreements (Order at 26, 27), the inducement exception to the parole evidence rule is inapplicable here.

3. In addition, Mr. Robb requests an extension of time to file his Answer to the Second Amended Complaint until twenty days after the Court rules on the Motion For Reconsideration. In accordance with Local Rule 3.01(g), the undersigned certifies that he has conferred with Plaintiffs' counsel, who agreed to the requested extension.

### Conclusion

For the foregoing reasons, as well as those reasons set forth in KHFH's Motion For Reconsideration, Mr. Robb respectfully requests that the Court grant his motion for reconsideration, and extend his time to answer the Second Amended Complaint until twenty

(20) days after this Motion For Reconsideration is ruled on by the Court.

| | |
|---|---|
| Dated: September 18, 2009 | Respectfully submitted, |

 s/ S. Douglas Knox
S. Douglas Knox
Florida Bar No. 849871
douglas.knox@dlapiper.com
**DLA PIPER LLP (US)**
100 N. Tampa Street, Suite 2200
Tampa, Florida 33602-5809
T: (813) 229-2111 F:(813) 229-1447

*Of Counsel:*
Jack C. Auspitz (*admitted pro hac vice*)
Jamie A. Levitt (*admitted pro hac vice*)
Stacy L. Kaplan (*admitted pro hac vice*)
**MORRISON & FOERSTER LLP**
1290 Avenue of the Americas
New York, New York 10104-0050
T: (212) 468-8000 F: (212) 468-7900

**Attorneys for Defendant Bruce A. Robb**

### CERTIFICATE OF SERVICE (electronic filing)

**I HEREBY CERTIFY** that on September 18, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following attorneys: Gary C. Rosen and Daniel L. Wallach, Becker & Poliakoff, P.A., Philip J. Snyderburn and William M. Rishoi, Snyderburn, Rishoi & Swann, Jon Douglas Parrish, Parrish, Lawhon & Yarnell, PA, Raquel M. Fernandez and Robert William Turken, Bilzin Sumberg Baena Price & Axelrod, LLP, Charles Wachter, Gianluca Morello, and Perdita Martin, Fowler, White, Boggs & Banker, PA, Allison S. Bernstein and Barry A. Postman, Cole, Scott & Kissane, PA, Ronald L. Buschbom and Alejandro Perez, Conroy, Simberg, Ganon, Krevans & Abel, PA, and Ronald S. Holliday and S. Douglas Knox, DLA Piper US LLP.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: none.

s/ S. Douglas Knox
Attorney

-3-