**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

RANDOLPH SEWELL, DAPHNE SEWELL,
MOSES ESHKENAZI, THERESE ESHKENAZI,
and HENRIETTE ESHKENAZI, individually and
on behalf of all others similarly situated,

                    Plaintiffs,

-vs-                                  Case No. 2:07-cv-343-FtM-29SPC

D'ALESSANDRO & WOODYARD, INC., a
Florida for profit corporation; GATES,
D'ALESSANDRO & WOODYARD, LLC, a
Florida limited liability company; K.
HOVNANIAN FIRST HOMES, LLC, a Florida
limited liability company; FIRST HOME
BUILDERS OF FLORIDA, a Florida general
partnership; FIRST HOME BUILDERS OF
FLORIDA I, LLC, a Florida limited liability
company; JAN BAILLARGEON, as Personal
Representative of the Estate of Frank D'Alessandro,
deceased; SAMIR CABRERA, an individual;
HONORA KREITNER, an individual; BRUCE A.
ROBB, an individual; and PATRICK LOGUE, an
individual,

                    Defendants.

_____/

## <u>ORDER</u>

This matter comes before the Court on the Motion for Disclosure Initial (Doc. #341) filed

on February 4, 2010. Upon review, it appears the document filed is simply Notice of the Plaintiffs'

Initial Rule 26(a) Disclosures. There does not appear to be a request for Court intervention,

therefore, the Court will terminate the motion as pending.

Accordingly, it is now

**ORDERED:**

The Motion for Disclosure Initial (Doc. #341) is **terminated**.

**DONE AND ORDERED** at Fort Myers, Florida, this ____5th____ day of February, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record