UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

RANDOLPH SEWELL, DAPHNE SEWELL,
MOSES ESHKENAZI, THERESE
ESHKENAZI and HENRIETTE
ESHKENAZI, individually &
on behalf of all others
similarly situated,

       Plaintiffs,

v.                        CASE NO. 2:07-cv-00343-JES-SPC

D'ALESSANDRO & WOODYARD, INC.,
a Florida for-profit corporation;
GATES, D'ALESSANDRO & WOODYARD, LLC,
a Florida limited liability company;
K. HOVNANIAN FIRST HOMES, LLC,
a New Jersey limited liability company;
FIRST HOME BUILDERS OF FLORIDA,
a Florida general partnership; FIRST
HOME BUILDERS OF FLORIDA I, LLC,
a Florida limited liability company;
FRANK D'ALESSANDRO, an individual;
SAMIR CABRERA, an individual; and
HONORA KREITNER, an individual,

       Defendants.
_____/

**SUGGESTION OF THE PENDENCY OF BANKRUPTCY
PROCEEDINGS UNDER CHAPTER 7 OF THE BANKRUPTCY CODE**

       Defendant, D'ALESSANDRO & WOODYARD, INC. ("D&W"), by and through its attorneys, files this Suggestion of the Pendency of Bankruptcy Proceedings Under Chapter 7 of the Bankruptcy Code and says:

1.  The caption and case number of the Chapter 7 case are as follows:

<u>In Re: D'Alessandro & Woodyard, Inc., Debtor</u>

Case No. 10-BK-07518 ALP

In the United States Bankruptcy Court for the Middle District of Florida, Fort Myers Division

1.  The Petition was filed on March 31, 2010.

2.  Pursuant to 11 USC §362, the filing of the Petition operates as a stay of the commencement or continuation of these proceedings as to D&W.

                      Respectfully submitted,

                      _____
                      WILLIAM M. RISHOI, ESQUIRE
                      Florida Bar No. 0319211
                      E-Mail: <u>wrishoi@srslaw.net</u>
                      PHILIP J. SNYDERBURN, ESQUIRE
                      Florida Bar No. 0202592
                      E-Mail: <u>psnyderburn@srslaw.net</u>
                      Snyderburn, Rishoi & Swann, LLP
                      258 Southhall Lane, Suite 420
                      Maitland, Florida 32751
                      Telephone:  (407) 647-2005
                      Facsimile:  (407) 647-1522

                      *Attorney for Defendant,*
                      *D'Alessandro & Woodyard, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 1, 2010, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day via transmission of Notice of Electronic Filing generated by CM/ECF on:

**Jack C. Auspitz**
Morrison & Foerster, LLP
1290 Avenue of the Americas
New York, NY 10104
212/468-8000
212/468-7900 (fax)
jauspitz@mofo.com

representing **Bruce Robb** *(Defendant)*

**Allison S. Bernstein**
Butzel Long
Suite 330
125 Worth Ave.
Palm Beach, FL 33480
561/659-8660
561/659-8679 (fax)
bernstein@butzel.com

representing **Samir Cabrera** *(Defendant)*

**Ronald L. Buschbom**
Conroy, Simberg, Ganon,
Krevans & Abel, PA
Suite 250
4315 Metro Pkwy
Ft Myers, FL 33916
239/337-1101
239/334-3383 (fax)
rbuschbom@conroysimberg.com

representing **Honora Kreitner** *(Defendant)*

| | | |
|---|---|---|
| **Raquel M. Fernandez**<br>Cozen O'Connor<br>Suite 4410<br>200 S Biscayne Blvd<br>Miami, FL 33131<br>305/704-5943<br>305/704-5955 (fax)<br>rfernandez@cozen.com | representing | **K. Hovnanian First Homes, LLC**<br>*(Defendant)* |
| **Ronald Sturgis Holliday**<br>DLA Piper US, LLP<br>Suite 2200<br>100 N Tampa St<br>Tampa, FL 33602-5809<br>813/229-2111<br>813/371-1160 (fax)<br>ronald.holliday@dlapiper.com | representing | **Bruce Robb**<br>*(Defendant)* |
| **Stacy L. Kaplan**<br>Morrison & Foerster, LLP<br>1290 Avenue of the Americas<br>New York, NY 10104<br>212/468-8000<br>212/468-7900 (fax)<br>skaplan@mofo.com | representing | **Bruce Robb**<br>*(Defendant)* |
| **Steven Douglas Knox**<br>DLA Piper US, LLP<br>Suite 2200<br>100 N Tampa St<br>Tampa, FL 33602-5809<br>813/222-5922<br>813/229-1447 (fax)<br>douglas.knox@dlapiper.com | representing | **Bruce Robb**<br>*(Defendant)* |

| | | |
|---|---|---|
| Jamie A. Levitt<br>Morrison & Foerster, LLP<br>1290 Avenue of the Americas<br>New York, NY 10104<br>212/468-8000<br>212/368-7900 (fax)<br>jlevitt@mofo.com | representing | **Bruce Robb**<br>*(Defendant)* |
| Perdita Martin<br>Fowler White Boggs<br>Suite 1700<br>501 E Kennedy Blvd<br>Tampa, FL 33602<br>813/222-1191<br>813/229-8313 (fax)<br>pmartin@ghblaw.com | representing | **First Home Builders Of Florida**<br>**First Home Builders of Florida I, LLC**<br>**Patrick Lodge**<br>*(Defendants)* |
| Gianluca Morello<br>Wiand Guerra King, PL<br>Suite 600<br>3000 Bayport Dr<br>Tampa, FL 33607<br>813-347-5100<br>813-347-5155 (fax)<br>gmorello@wiandlaw.com | representing | **First Home Builders Of Florida**<br>**First Home Builders of Florida I, LLC**<br>**Patrick Lodge**<br>*(Defendants)* |

| | | |
|---|---|---|
| Melissa Cade Pallett-Vasquez<br>Bilzin Sumberg Baena Price & Axelrod, LLP<br>Suite 2500<br>200 S Biscayne Blvd<br>Miami, FL 33131-5340<br>305/350-2393<br>305/351-2298 (fax)<br>mpallett@bilzin.com | representing | K. Hovnanian First Homes, LLC<br>*(Defendant)* |
| Jon Douglas Parrish<br>Parrish, Lawhon & Yarnell, PA<br>Suite 101<br>3431 Pine Ridge Rd<br>Naples, FL 34109<br>239/566-2013<br>239-566-9561 (fax)<br>jonparrish@napleslaw.us | representing | Gates, D'Alessandro & Woodyard, LLC<br>*(Defendant)* |
| Alejandro Perez<br>Cole, Scott & Kissane, PA<br>Suite 1400<br>9150 S Dadeland Blvd<br>Miami, FL 33156<br>305/350-5300<br>305/373-2294 (fax)<br>alejandro.perez@csklegal.com | representing | Honora Kreitner<br>*(Defendant)* |
| Barry A. Postman<br>Cole, Scott & Kissane, PA<br>2nd Floor<br>1645 Palm Beach Lakes Blvd<br>West Palm Beach, FL 33401<br>561/383-9200<br>561/683-8977 (fax)<br>postman@csklegal.com | representing | Samir Cabrera<br>*(Defendant)* |

6

| | | |
|---|---|---|
| **Robert J. Pratte**<br>DLA Piper US, LLP<br>90 South Seventh St., Suite 5100<br>Minneapolis, MN 55402<br>612-524-3030<br>robert.pratte@dlapiper.com | representing | **Bruce Robb**<br>*(Defendant)* |
| **Gary C. Rosen**<br>Becker & Poliakoff, PA<br>Emerald Lake Corp Pk<br>3111 Stirling Rd<br>Ft Lauderdale, FL 33310-9057<br>954/987-7550<br>954/985-4176 (fax)<br>bthomas@becker-poliakoff.com | representing | **Daphne Sewell**<br><br>**Randolph Sewell**<br><br>**Henriette Eshkenazi**<br><br>**Moses Eshkenazi**<br><br>**Therese Eshkenazi**<br>*(Plaintifsf)* |
| **Robert William Turken**<br>Bilzin Sumberg Baena Price & Axelrod, LLP<br>Suite 2500<br>200 S Biscayne Blvd<br>Miami, FL 33131-5340<br>305/350-2381<br>305/351-2262 (fax)<br>rturken@bilzin.com | representing | **K. Hovnanian First Homes, LLC**<br>*(Defendant)* |

7

| | | |
|---|---|---|
| S. Jonathan Vine<br>Cole, Scott & Kissane, PA<br>2nd Floor<br>1645 Palm Beach Lakes Blvd<br>West Palm Beach, FL 33401<br>561/383-9203<br>561/683-8977 (fax)<br>jonathan.vine@csklegal.com | representing | Samir Cabrera<br>*(Defendant)* |
| Charles Wachter<br>Holland & Knight, LLP<br>100 N Tampa St - Ste 4100<br>PO Box 1288<br>Tampa, FL 33601-1288<br>813/227-8500<br>813/229-0134 (fax)<br>cwachter@hklaw.com | representing | First Home Builders Of Florida<br><br>First Home Builders Of Florida I, LLC<br><br>Patrick Logue<br>*(Defendants)* |
| Daniel L. Wallach<br>Becker & Poliakoff, PA<br>Emerald Lake Corp Pk<br>3111 Stirling Rd<br>Ft Lauderdale, FL 33310-9057<br>954/987-7550<br>954/985-4176 (fax)<br>dwallach@becker-poliakoff.com<br>  *Assigned: 05/30/2007*<br>  *ATTORNEY TO BE NOTICED* | representing | Daphne Sewell<br><br>Randolph Sewell<br><br>Henriette Eshkenazi<br><br>Moses Eshkenazi<br><br>Therese Eshkenazi<br>*(Plaintiffs)* |

```
Jonathan Lee Riches
40948-018
WILLIAMSBURG
FEDERAL CORRECTIONAL
INSTITUTION
P.O. BOX 340
SALTERS, SC 29590
843/387-9400
PRO SE
```

_____
WILLIAM M. RISHOI, ESQUIRE

1306/MOTION35