UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RANDOLPH SEWELL, DAPHNE SEWELL,
MOSES ESHKENAZI, THERESE
ESHKENAZI, and HENRIETTE
ESHKENAZI, individually and on behalf of
All other ssimilarly situated,

    Plaintiffs,

v.                                      Case No. 2:07-cv-000343-FTM-29SPC

D'ALESSANDRO & WOODYARD, INC., a
Florida for-profit corporation; GATES,
D'ALESSANDRO & WOODYARD, LLC, a
Florida limited liability company; K.
HOVNANIAN FIRST HOMES, L.L.C., a
New Jersey limited liability company; FIRST
HOME BUILDERS OF FLORIDA, a Florida
General partnership; FIRST HOME
BUILDERS OF FLORIDA I, LLC, a Florida
Limited liability company; JAN
BAILLARGEON, as Personal Representative
Of the ESTATE OF FRANK
D'ALESSANDRO, deceased; SAMIR
CABRERA, an individual; HONORA
KREITNER, an individual; BRUCE A.
ROBB, an individual; and PATRICK LOGUE,
An individual,

    Defendants.
_____/

**DEFENDANTS, FIRST HOME BUILDERS OF FLORIDA, FIRST HOME
BUILDERS OF FLORIDA I, LLC, AND PATRICK LOGUE'S
<u>RESPONSE TO COURT'S ORDER OF MAY 4, 2010</u>**

Defendants, First Home Builders of Florida, First Home Builders of Florida I, LLC, and Patrick Logue, in response to the Court's May 4, 2010 Order directing the parties to address the impact of *Merck* on this case, hereby adopt and incorporate by reference the response of co-defendant, K. Hovnanian First Homes, LLC.

Charles Wachter
Florida Bar No. 509418
Holland & Knight LLP
Post Office Box 1288
Tampa, Florida 33601
(813) 227-8500
(813) 229-0134 – facsimile
charles.wachter@hklaw.com - email
*Attorneys for Defendants*
*First Home Builders of Florida,*
*First Home Builders of Florida I, LLC,*
*and Patrick Logue*

By: ___/s/Charles Wachter_____
    Charles Wachter


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **May 25, 2010**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all the parties.

/s/Charles Wachter

119291/2

# 9489655_v1