**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

RANDOLPH SEWELL, DAPHNE SEWELL,
MOSES ESHKENAZI, and THERESE
ESHKENAZI, individually and on behalf of all
others similarly situated,

                Plaintiffs,

-vs-                                            Case No. 2:07-cv-343-FtM-29SPC

D'ALESSANDRO & WOODYARD, INC., a
Florida for profit corporation; GATES,
D'ALESSANDRO & WOODYARD, LLC, a
Florida limited liability company; K.
HOVNANIAN FIRST HOMES, LLC, a Florida
limited liability company; FIRST HOME
BUILDERS OF FLORIDA, a Florida general
partnership; FIRST HOME BUILDERS OF
FLORIDA I, LLC, a Florida limited liability
company; JAN BAILLARGEON, as Personal
Representative of the Estate of Frank D'Alessandro,
deceased; SAMIR CABRERA, an individual;
HONORA KREITNER, an individual; BRUCE A.
ROBB, an individual; and PATRICK LOGUE, an
individual,

                Defendants.
_____/

**ORDER**

      This matter comes before the Court on Joint Motion to Extend the Deadlines Set Forth in the Case Management and Scheduling Order (Doc. #467) filed on May 20, 2011. The Parties jointly request an extension of the deadlines in this case until after the Court rules on the Plaintiffs' Motion for Class Certification. The Court will not enter a new scheduling order at this time, but will stay

all deadlines set forth in the Case Management and Scheduling Order pending a ruling on Plaintiffs' Motion for Class Certification.

Accordingly, it is now

**ORDERED:**

(1)     Joint Motion to Extend the Deadlines Set Forth in the Case Management and Scheduling Order (Doc. #467) is **GRANTED** in part.  The deadlines currently set forth in the Case Management and Scheduling Order (Doc. #312) are hereby stayed.

(2)     The Parties are directed to file a proper case management report with the Court **within 14 days of a ruling on Plaintiffs' Motion for Class Certification**.

**DONE AND ORDERED** at Fort Myers, Florida, this   7th    day of June, 2011.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record

-2-