UNITED STATED DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

RANDOLPH SEWELL,
DAPHNE SEWELL,
MOSES ESHKENAZI, and
THERESE ESHKENAZI,
individually and on behalf                         Case No.2:07-cv-00343-JES-SPC
of all others similarly situated,

       Plaintiffs,

v.

D'ALESSANDRO & WOODYARD,
INC., a Florida for-profit corporation;
GATES, D'ALESSANDRO & WOODYARD,
LLC, a Florida limited liability company;
K. HOVNANIAN FIRST HOMES, L.L.C.,
a New Jersey limited liability company,
FIRST HOME BUILDERS OF FLORIDA,
a Florida general partnership; FIRST HOME
BUILDERS OF FLORIDA I, LLC, a Florida
limited liability company; JAN BAILLARGEON,
as Personal Representative of the ESTATE OF
FRANK D'ALESSANDRO, Deceased;
SAMIR CABRERA, an individual;
HONORA KREITNER, an individual,
BRUCE A. ROBB, an individual, and
PATRICK LOGUE, an individual,

       Defendants.
_____/

## NOTICE OF TENTATIVE SETTLEMENT OF CLASS ACTION LAWSUIT

The Parties, by and through their respective undersigned counsel, respectfully notify this Court that they have reached a tentative settlement of the above-styled class action lawsuit, and are in the process of drafting settlement papers. Such papers will consist of the following: (1) a Joint Motion for Preliminary Approval of Settlement, Conditional Certification of Settlement Class, Appointment of Class Counsel and Class Representatives, Approval of Class Notice, and

Scheduling of Fairness Hearing; (2) the proposed Order approving the foregoing Joint Motion; (3) the Settlement Agreement; (4) the Notice of Proposed Settlement; (5) the Summary Notice of Proposed Settlement; and (6) the Claim Form.

Drafts of the foregoing documents have already been circulated for review, and have been revised several times to reflect the comments and concerns of the various counsel involved in the discussions. Several outstanding issues remain, and no party will be bound by any of the terms under discussion unless and until final definitive documents are signed by all parties. Nevertheless, the parties are optimistic about being able to reach a definitive agreement shortly. In the interim, the Parties respectfully request that the Court hold the pending Motion for Class Certification in abeyance pending the imminent submission of the forthcoming Joint Motion for Preliminary Approval of Settlement.

        Respectfully submitted,

/s Daniel L. Wallach_____
Gary C. Rosen
Daniel L. Wallach, Esq.
Becker & Poliakoff, P.A.
3111 Stirling Road
Fort Lauderdale, FL 33312
Phone: 954/987-7550
Fax:    954/985-4176
Attorneys for Plaintiffs

/s Robert William Turken_____
Robert William Turken, Esq.
Bilzin Sumberg Baena Price & Axelrod, LLP
Suite 2500
200 S Biscayne Boulevard
Miami, FL 33131-5340
Phone:  305/350-2393 or 305/350-2381
Fax: 305/351-2298 or 305/351-2262
Attorneys for K. Hovnanian First Homes, LLC

2

/s Jon D. Parrish_____
Jon D. Parrish, Esq.
Parrish, Lawhon & Yarnell, P.A.
3431 Pine Ridge Road, Suite 101
Naples, FL 34109
Phone: 239/566-2013
Fax: 239/566-9561
Attorneys for Gates D'Alessandro & Woodyard, LLC

/s K. Michael Swann_____
Philip J. Snyderburn, Esq.
K. Michael Swann, Esq.
Snyderburn, Rishoi & Swann
258 Southhall Lane, Suite 420
Maitland, FL 32751
Phone: 407/647-2005
Fax: 407/647-1522
Attorneys for D'Alessandro & Woodyard, Inc.

/s Charles Wachter_____
Charles Wachter, Esq.
Holland & Knight LLP
100 North Tampa Street
Tampa, Florida 33602
Phone: 813/227-6337
Fax: 813/229-0134
Attorneys for FHBF Partners, LLP,
First Home Builders Of Florida I, LLC,
and Patrick Logue

/s S. Jonathan Vine_____
S. Jonathan Vine, Esq.
Cole, Scott & Kissane, P.A.
1645 Palm Beach Lakes Blvd., 2nd Floor
West Palm Beach, FL 33401
Phone: 561/383-9234 or 561/383-9203
Fax: 561/683-8977
Attorneys for Samir Cabrera

/s Ronald L. Buschbom_____
Ronald L. Buschbom, Esq.
Conroy, Simberg, Ganon, Krevans Abel,
   Lurvey, Morrow & Schefer, P.A.
4315 Metro Parkway, Suite 250
Ft. Myers, Florida  33916
Phone: 239/337-1101
Fax:  239/334-3383
Attorneys for Honora Kreitner, an individual

/s Robert J. Pratte_____
DLA Piper US, LLP
c/o Robert J. Pratte
90 Seventh Street
Suite 5100
Minneapolis, MN  55402
robert.pratte@dlapiper.com

5

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

> BECKER & POLIAKOFF. P.A.
>
> By: s/ Daniel L. Wallach_____
>  Daniel L. Wallach
>  Florida Bar No. 540277

ACTIVE: 3494901_1